IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARCY NAPIER,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　) Civil Action No. 06-1368
　　　　　　　　　　　　　　　　　)
CITY OF NEW CASTLE,　　　　　　　) Judge Lancaster
ANTHONY LAGNESE,　　　　　　　 ) Magistrate Judge Hay
CHRISTOPHER BOUYE,　　　　　　 )
JOHN DOE 1-10,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　)

## **O R D E R**

AND NOW, this 20th day of March, 2009, after the plaintiff, Marcy Napier, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendants, City of New Castle, Anthony Lagnese and Christopher Bouye, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 18, 2009 to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to objections filed by defendants, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment [Dkt. 34] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Steven M. Barth, Esquire
Goodrich & Goodrich
429 Fourth Avenue
900 Law & Finance Building
Pittsburgh, PA 15219

Robert J. Grimm, Esquire
Swartz Campbell
600 Grant Street
Pittsburgh, PA 15219